CLARK RESIDENTS ASSOCIATION v. BOARD OF EDUCATION
OF THE TOWNSHIP OF CLARK.

May 18, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT POLK.

May 18, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. ALBERT THOMAS MALLIA, JR.

May 18, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. IAN KLETTER.

May 18, 1982.

Petition for certification denied.